

## MOTION DOCKET

**97–1117. Simmons–Harris v. Goff.**
Franklin App. Nos. 96APE08–982 and 96APE08–991. On motion to file statement of additional authorities of John M. Goff, Superintendent, and state of Ohio, and on motion to file statement of additional authorities of John M. Goff et al. Motions denied.

BAIRD and YOUNG, JJ., dissent.

WILLIAM R. BAIRD, J., of the Ninth Appellate District, sitting for COOK, J.

WILLIAM W. YOUNG, J., of the Twelfth Appellate District, sitting for LUNDBERG STRATTON, J.

**97–2344. In re Resignation of O'Neill.**
On motion to withdraw as counsel. Motion granted.

**98–913. State v. Green.**
Lucas C.P. No. 971450. The February 2, 1999 motion to supplement record with transcripts of pretrial hearings conducted on July 17, August 5, and August 12, 1997 is granted.

The February 2, 1999 motion to supplement record with documents filed in Lucas County Common Pleas case No. CR–97–1137 is denied.

The February 10, 1999 motion to supplement record with an October 15, 1997 deposition of Rosie Frusher is granted.

**98–1891. State v. Jones.**
Hamilton App. No. C–970043. On motion to return the record to the Hamilton County Court of Appeals pending ruling on App.R. 26(B) application for reopening. Motion denied. *Sua sponte,* this court directs the trial court to cooperate with the court of appeals by sharing its copy of the complete record with the court of appeals.

**98–1927. Madera v. Satellite Shelters, Inc.**
Cuyahoga App. No. 73172. On motion for admission *pro hac vice* of Marko J. Mrkonich and Ingrid Kreuser. Motion granted.

**98–1983. State v. LaMar.**
Lawrence App. No. 95CA31. On motion to withdraw as counsel. Motion denied; leave to file granted.

**98–2544. Reynoldsburg v. Licking Cty. Budget Comm.**
Board of Tax Appeals, Nos. 97–T–1518 and 97–T–1519. On motion to consolidate case with 98–2545, *infra.* Motion granted.

**98–2545. Reynoldsburg v. Licking Cty. Budget Comm.**
Board of Tax Appeals, Nos. 96–T–1436 and 96–T–1437. On motion to consolidate case with 98–2544, *supra.* Motion granted.

**98–2556. Ohio Edison v. Tracy.**
Board of Tax Appeals, No. 95–K–50. On motion to consolidate case with 98–2557, *infra.* Motion